LAWRENCE BASTABLE, Respondent, *v.* WILLIAM J. CARROLL, Appellant.

*Bastable* v. *Carroll*, 128 App. Div. 901, appeal dismissed.
(Submitted February 9, 1909; decided February 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 21, 1908, which affirmed an order of Special Term denying a motion to vacate a stipulation in settlement of an action to restrain the defendant from designating himself as the successor of a certain firm. It was alleged that the stipulation was entered into on the part of defendant's attorney without authority.

*Robert O'Byrne* for appellant.

*Robert W. Crawford* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

FIRESTONE TIRE AND RUBBER COMPANY, on Behalf of Itself and Other Creditors, Appellants, *v.* GEORGE B. AGNEW et al., Respondents.

(Submitted February 15, 1909; decided February 23, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 194 N. Y. 165.)